IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.C., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | No. 15-4745 |
|     v. | : | |
| | : | |
| NICHOLAS FORD et. al, | : | |
|       Defendants. | : | |

## **ORDER**

This 6th day of January 2017, it is **ORDERED** that the parties shall be afforded 30 days to brief whether Plaintiff can adequately state a claim against Defendants in their individual capacity. All supplemental briefing shall be filed by February 6, 2017.

                                                                  /s/ Gerald Austin McHugh
                                                         United States District Judge