IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J.C., individually and all others similarly situated** | : : : | |
| v. | : : | CIVIL ACTION NO. 15-4745 |
| **NICHOLAS FORD, ET AL.** | : | |

## ORDER

This 20th day of January, 2017, although Plaintiff's Rule 59(E) Motion for Reconsideration is unsigned (Doc. #17), it is hereby **ORDERED** that the Clerk of Court shall file the Motion as a valid pleading.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge