## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.C., | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **No. 15-4745** |
| v. | : | |
| | : | |
| NICHOLAS FORD et. al, | : | |
| Defendants. | : | |

**McHUGH, J.**                                                         **March 21, 2017**

### <u>ORDER</u>

This 21st day of March, 2017, upon review of Plaintiff's Motion for Reconsideration, ECF #17,

Defendants' Response to Plaintiff's Motion for Reconsideration, ECF # 19, and Defendants'

Supplemental Memorandum in support of Motion to Dismiss Plaintiff's Complaint, ECF #20, it

is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART** and

**DENIED IN PART**.  Plaintiff's claims against Defendants Boyd, Springer, Williams, Harrison,

Martinez, Austin, Miller, and Hoyt will be **DISMISSED**.  A ruling on the  motion as to

Defendant Ford is deferred, as  I will recommend that Plaintiff's claims against Defendant Ford

be **TRANSFERRED** to the Honorable  Gene E.K. Pratter in accordance with Local Rule

40.1(c)(2).


                                                  _____ /s/ Gerald Austin McHugh
                                                  United States District Judge