IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON COLLURA, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS JAMES FORD et al., | : | No. 13-4066 |
|     *Defendants*. | : | |
| J.C., | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS FORD et al., | : | No. 15-4745 |
|     *Defendants*. | : | |

## ORDER TO SHOW CAUSE

**AND NOW**, this 17th day of May, 2017, the parties in the above-captioned cases are hereby **ORDERED TO SHOW CAUSE** as to why these two cases should not be consolidated. On or before June 9, 2017, each party shall file a response to this Order (i) detailing the claims remaining in each case and the extent to which those claims overlap or are duplicative and (ii) the party's position on consolidating the two cases.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge