## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA | : Civil Action No. 13-4066 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS JAMES FORD, | : |
| PAMELA PRYOR DEMBE, MARY POLITANO, | : |
| CITY OF PHILADELPHIA, STEFFEN BOYD, | : |
| STEVEN AUSTIN, CHARLES HOYT and | : |
| ROBERT J. MALVESUTO | : |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.C. | : Civil Action No. 15-4745 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS FORD, STEFFEN BOYD, | : |
| JOSETTE SPRINGER, SHONDA WILLIAMS, | : |
| JOHN W. HARRISON, E. MARTINEZ, | : |
| STEVEN AUSTIN, DARLENE MILLER and | : |
| CHARLES HOYT | : |

## **ORDER**

AND NOW, this _____ day of _____ 2017, upon consideration of Plaintiff's Motion to Sever (Docket #42) and Defendants' Response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLLURA | : Civil Action No. 13-4066 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS JAMES FORD, | : |
| PAMELA PRYOR DEMBE, MARY POLITANO, | : |
| CITY OF PHILADELPHIA, STEFFEN BOYD, | : |
| STEVEN AUSTIN, CHARLES HOYT and | : |
| ROBERT J. MALVESUTO | : |
| | : |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.C. | : Civil Action No. 15-4745 |
| | : |
| v. | : **Jury Trial Demanded** |
| | : |
| NICHOLAS FORD, STEFFEN BOYD, | : |
| JOSETTE SPRINGER, SHONDA WILLIAMS, | : |
| JOHN W. HARRISON, E. MARTINEZ, | : |
| STEVEN AUSTIN, DARLENE MILLER and | : |
| CHARLES HOYT | : |
| | : |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEVER (DOCKET #42)**

I. **INTRODUCTION**

Plaintiff's disagreement with each and every ruling of this Court, is manifest. His prolific motions practice in support of his views is in keeping with his repeated threats to magnify the costs of litigation "for decades". Defendants will respond to Plaintiff's frivolous motions so long as they continue. To limit the time and expense of preparing such responses, and the commensurate time spent by the Court in reviewing them, where appropriate, Defendants will respond with this two page response in opposition to each motion, incorporating by reference their responses to each motion filed by plaintiff in Civil Action No. 13-4066 and 15-4745 and

request that the Court order more thorough briefing on this particular motion by plaintiff, if Your Honor deems it appropriate.

## II. <u>CONCLUSION</u>

Defendants respectfully respect that this Honorable Court deny Plaintiff's Motion to Sever.

        **MARSHALL DENNEHEY WARNER**
        **COLEMAN & GOGGIN**

BY: *s/Christopher Boyle*
    CHRISTOPHER BOYLE, ESQUIRE
    ID#  PA93002
    620 Freedom Business Center, Suite 300
    King of Prussia, PA 19406
    (610) 354-8476 Fax (610) 354-8299
    Email:  cpboyle@mdwcg.com
    Attorney for Defendants

DATE:  June 28, 2017
LEGAL/111288970.v1

## CERTIFICATE OF SERVICE

I, Christopher Boyle, Esquire, do hereby certify that a true and correct copy of the foregoing Defendants' Response to Plaintiff's Motion to sever (Docket #42) was electronically filed with the Court on this date and is available for viewing and downloading from the ECF System. All counsel of record were served via electronic notification. Same was forwarded to Plaintiff, via first class mail, to the below listed address:

P.O. Box 934
Philadelphia, PA 19105

                            **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

BY:   *s/Christopher Boyle*
        CHRISTOPHER BOYLE, ESQUIRE
        ID#  PA93002
        620 Freedom Business Center, Suite 300
        King of Prussia, PA 19406
        (610) 354-8476 Fax (610) 354-8299
        Email:  cpboyle@mdwcg.com
        Attorney for Defendants

DATE:  June 28, 2017