
Case: 19-1839 Document: 003113289099 Page: 1 Date Filed: 07/12/2019
Case 2:15-cv-04745-CDJ Document 76 Filed 07/12/19 Page 1 of 1

HLD-006

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1839
_____

IN RE: JASON COLLURA,
                              Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Civ. Nos. 2-13-cv-04066 and
2-15-cv-04745)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 23, 2019
Before: SMITH, Chief Judge, AMBRO and ROTH, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on a petition for writ of mandamus submitted on May 23, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 12, 2019

A True Copy:

*Patricia S. Dodszuweit*

Patricia S. Dodszuweit, Clerk